IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AVERY LAMONT GOSS,
    Plaintiff,

vs.                                          Case No.: 3:19cv553/LAC/EMT

CIRCUIT JUDGE SCOTT DUNCAN
and STATE ATTORNEY AMY C. SHEA,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 31, 2019 (ECF No. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants are **DISMISSED with prejudice**, under 28 U.S.C. § 1915(e)(2)(B)(ii)–(iii), for failure to state a claim upon which relief may be granted and for seeking monetary relief against Defendants who are immune from such relief;

2. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 3rd day of July, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**